**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6421**

---

BREON JACOBY MAYERS,

        Petitioner - Appellant,

    v.

BRYAN STIRLING, Commissioner South Carolina Department of Corrections; LEVERN COHEN, Warden, Lee Correctional Institution,

        Respondents - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  David C. Norton, District Judge.  (0:24-cv-01240-DCN)

---

Submitted:  January 22, 2026                                      Decided:  January 27, 2026

---

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Elizabeth Anne Franklin-Best, ELIZABETH FRANKLIN-BEST, P.C., Columbia, South Carolina, for Appellant.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Breon Jacoby Mayers seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Mayers's 28 U.S.C. § 2254 petition.  The order is not appealable unless a circuit justice or judge issues a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)(A).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong.  *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017).  When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right.  *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012).

We have independently reviewed the record and conclude that Mayers has not made the requisite showing.  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2